476

698 A.2d 60

**Lisa VARALLI and Anthony Varalli, Appellants**

**v.**

**Oh Joon KWON and Dennis Kwon, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 29,1997.

Decided Aug. 19; 1997.

Randolph C. Smith, and John K. Weston, Philadelphia, for Appellants.

Andrew L. Riemenschneider, and Michael Saltzburg, Philadelphia, for Appellees.

### *ORDER*

PER CURIAM

AND NOW, this 19th day of August, 1997, we dismiss this appeal as having been improvidently granted.